UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MORRIS WHITE, LAWRENCE CARRINGTON, and
GEORGE GARDNER, Individually and on Behalf
of All Other Persons Similarly Situated,

        Plaintiffs,

-against-

WESTERN BEEF PROPERTIES, INC., et al.,

        Defendants.
-----------------------------------------------------------------X

For Online Publication Only

**REPORT AND RECOMMENDATION**
07-cv-2345 (RJD) (JMA)

10/30/14
Adopted without
reservation or qualification
So ordered
s/Raymond J. Dearie

APPEARANCES:

Neil M. Frank
Peter A. Romero
Frank & Associates, P.C.
500 Bi-County Blvd, #112N
Farmingdale, NY 11735
    *Attorneys for Plaintiffs*

Joseph J. Ortego
James W. Weller
Thomas M. Mealiffe
Nixon Peabody LLP
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
    *Attorneys for Defendants*

**AZRACK, United States Magistrate Judge:**

    Pending before the Court is plaintiffs' motion for attorneys' fees. (Mot. for Att'ys' Fees, ECF No. 209.) The Honorable Raymond J. Dearie referred this motion to me for a report and recommendation. (Aug. 15, 2013 Order, ECF No. 201.) For the reasons stated below, I respectfully recommend that the Court grant plaintiffs' motion and award $84,074.50, representing $78,741.42 in fees and $5,333.08 in costs.